UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Plaintiff, )<br>                    )<br>    v.                 )<br>                    )<br>TODD BLAKE )<br>          Defendant. ) | CASE NO. 1:19-CR-10080-006-NMG |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Todd Blake, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA
                                              By its attorneys

                                              ANDREW E. LELLING
                                              United States Attorney

By:    /s/ Carol E. Head
        CAROL E. HEAD (BBO 652170)
        Assistant United States Attorney
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
        Carol.Head@usdoj.gov

Date: January 14, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Todd Blake located in Kentfield, California.

                                              /s/ Carol E. Head
                                              CAROL E. HEAD
                                              Assistant United States Attorney